# United States District Court
## *Southern District of Georgia*

David Klein

_____
Plaintiff

**v.**

Luis Carasas and Rasier, LLC

_____
Defendant

Case No. _____4:20-cv-00272_____

Appearing on behalf of

_____
Defendant Luis Carasas

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 12th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:     Kristin L. Yoder
_____

Business Address:     Cruser, Mitchell, Novtiz, Sanchez, Gaston & Zimet, LLP
_____
Firm/Business Name

275 Scientific Drive, Suite 2000
_____
Street Address

| | Peachtree Corner | GA | 30092 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (404) 881-2622 | | 229210 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:     kyoder@cmlawfirm.com
_____