IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID KLEIN, | |
|     Plaintiff, | CIVIL ACTION NO.: 4:20-cv-272 |
|   v. | |
| LUIS CARASAS, | |
|     Defendant. | |

**O R D E R**

Before the Court is a "Joint Stipulation and Consent Motion to Dismiss With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action.[1] (Doc. 71.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The

---

[1] For the second time this month, the Court notes that attorney Seth Diamond's hand-written ("wet ink") attorney signature has been placed on an electronically-filed document (as well as the included certificate of service). (See doc. 71; see also Gugliuzza v. Swift Transport. Co., et al., No. 4:21-cv-140, doc. 92 (S.D. Ga. June 20, 2023) (noting, in footnote, that Plaintiff's counsel's signature was in wet-ink form and directing counsel to review this Court's Local Rule 5.5 and related policies and procedures, and directing counsel to comply with these directives in making future filings with this Court).) Mr. Diamond is again directed to review Local Rule 5.5, which requires that documents be "signed . . . by electronic means to the extent and in the manner permitted or required by the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia (available on the Court's website at 'www.gasd.uscourts.gov')." S.D. Ga. L.R. 5.5; see also Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means, Section II.C ("A pleading or other document requiring an attorney's signature shall be signed in the following manner, whether filed electronically or submitted on CD-ROM to the Clerk's Office: 's/ (attorney name).'"). Failure to comply with this requirement in the future may result in counsel's filings being rejected as noncompliant.

Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 66, 71), and to **CLOSE** this case.

    **SO ORDERED**, this 6th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA